**IN THE SUPREME COURT OF PENNSYLVANIA**

In the Matter of                                    :    No. 150 DB 2014  (No. 84 RST 2014)
                                                    :
                                                    :
CHRISTINE M. ALVAREZ                                 :    Attorney Registration No.  66405
                                                    :
PETITION FOR REINSTATEMENT                           :
  FROM INACTIVE STATUS                               :    (Northampton County)

**O R D E R**

**PER CURIAM**

**AND NOW**, this 31st day of December, 2014, the Report and Recommendation of Disciplinary Board Member dated December 22, 2014, is approved and it is ORDERED that Christine M. Alvarez, who has been on Inactive Status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.